UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| YANNIAH SCALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:18-cv-00049-RLY-MPB |
| | ) |
| BOTTLING GROUP, LLC, d/b/a | ) |
| PEPSI BEVERAGES COMPANY, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S PRELIMINARY LIST OF EXHIBITS

Pursuant to the Case Management Plan approved by this Court, Plaintiff, Yanniah Scales, by counsel, hereby respectfully submits the following preliminary list of exhibits that may be relied upon at the trial of this matter, other than those used solely for impeachment purposes or rebuttal:

1. All pleadings in this action;

2. All documents produced or exchanged during discovery in this action;

3. All documents used during depositions related to this action;

4. Plaintiff's complete personnel and/or employment file(s);

5. Plaintiff's job descriptions and/or all documents that reflect his job titles, duties and responsibilities from his positions held to the date of his termination;

6. All verbal or written disciplinary actions provided to Plaintiff;

7. All performance reviews provided to the Plaintiff;

8. Full EEOC investigation file;

9. Plaintiff's employment pay stubs and/or tax returns;

10. Defendant's employee handbook or policies and procedures applicable to all employees of the Defendant, including, but not limited to Defendant's policies and procedures concerning workplace discrimination on any basis;

11. All statements and memos from, or relating to, witnesses or potential witnesses or persons contacted in connection with this case;

12. Any and all exhibits identified in Defendant's Exhibit Lists;

13. Any and all exhibits subsequently identified in deposition or discovery; and

14. Any and all exhibits necessary for impeachment or rebuttal purposes.

Discovery is ongoing and, therefore, additional exhibits may be identified. Plaintiff hereby reserves the right to supplement or otherwise amend the foregoing list of exhibits. If Plaintiff identifies any additional exhibits, Defendant will be promptly notified.

Respectfully submitted,

s/Benjamin R. Aylsworth
Benjamin R. Aylsworth, Attorney No. 29817-87
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:   (812) 424-1000
Facsimile:    (812) 424-1005
Email:          baylsworth@bdlegal.com

*Attorneys for Plaintiff, Yanniah Scales*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, a copy of the foregoing *Plaintiff's Preliminary List of Exhibits* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com

Jennifer Rulon
FROST BROWN TODD LLC
jrulon@fbtlaw.com

                                                s/Benjamin R. Aylsworth
                                                Benjamin R. Aylsworth