UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| YANNIAH SCALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:18-cv-00049-RLY-MPB |
| | ) |
| BOTTLING GROUP, LLC, d/b/a | ) |
| PEPSI BEVERAGES COMPANY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY LIST OF WITNESSES**

Pursuant to the Case Management Plan approved by this Court, Plaintiff, Yanniah Scales, by counsel, hereby respectfully submits the following preliminary list of witnesses that may be relied upon at the trial of this matter, other than witnesses who may be called solely for impeachment purposes or rebuttal:

1. Plaintiff, Yanniah Scales;
2. Brian Dimmett;
3. James Beasley;
4. Daniel Kasinger;
5. Drake Schloemer;
6. Austin Hutchinson;
7. Jeff Fuquay;
8. Adam Fickland;
9. William Hoskinson;
10. Austin Mercer;
11. Danny Shelton;

12. Tony Howell;

13. Ryan Farley;

14. Ed Halbuibe;

15. Austin Hutchinson;

16. Kevin Walter;

17. David Hancock;

18. Tarita Moore;

19. Colt Casanova;

20. All individuals listed in Defendant's Initial Disclosures;

21. All individuals listed in Defendant's Witness List;

22. Any and all witnesses identified during discovery; and

23. Any and all witnesses necessary for impeachment purposes.

Discovery is ongoing and, therefore, additional witnesses may be identified. Plaintiff hereby reserves the right to supplement or otherwise amend the foregoing list of witnesses. If Plaintiff identifies any additional witnesses, Defendant will be promptly notified.

Respectfully submitted,

s/Benjamin R. Aylsworth
Benjamin R. Aylsworth, Attorney No. 29817-87
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:   (812) 424-1000
Facsimile:     (812) 424-1005
Email:          baylsworth@bdlegal.com

*Attorneys for Plaintiff, Yanniah Scales*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 20, 2018, a copy of the foregoing *Plaintiff's Preliminary List of Witnesses* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Heather L. Wilson
FROST BROWN TODD LLC
hwilson@fbtlaw.com

Jennifer Rulon
FROST BROWN TODD LLC
jrulon@fbtlaw.com

                                           s/Benjamin R. Aylsworth
                                           Benjamin R. Aylsworth